THE AVANT BUILDING >> SUITE 1200 >> 200 DELAWARE AVENUE >> BUFFALO NY 14202-2150  p> 716.856.5500  f> 716.856.5510  w> damonmorey.com


BUFFALO >> CLARENCE >> ROCHESTER

**BERNARD SCHENKLER**
Special Counsel
bschenkler@damonmorey.com
716.844.7075



August 16, 2013

Hon. Carl L. Bucki
Chief Judge
United States Bankrutpcy Court
Olympic Towers
300 Pearl Street
Buffalo, New York 14202

    *Re:*   **SELECT TREE FARMS, INC.**
           **Case No. 12-10669 CLB**

Dear Judge Bucki:

    On consent of HSBC, please adjourn HSBC's motion to vacate the automatic stay [ECF Docket No. 391] from August 19, 2013 to **September 9, 2013 at 11:30 AM.**

                      Respectfully yours,

                      *s/Bernard Schenkler*

                      Bernard Schenkler
                      for DAMON MOREY LLP

bs/mt

cc: Marissa Ottavio, Rosicki, Rosicki, Associates, PC (Attorneys for HSBC)

Doc #1841100.1

>> progressive.firm.